**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

No. 22-1657

The Doris Behr 2012 Irrevocable Trust, et al   vs.   Johnson & Johnson

Calendar Date: April 24, 2023      Location: Philadelphia, PA

**ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL**

Receipt acknowledged by: Johnson & Johnson

Designation of Arguing Counsel: Susan L. Saltzstein

Member of the Bar:  [✔] Yes   [ ] No

Representing (check only one):

[ ] Petitioner(s)   [ ] Appellant(s)   [ ] Intervenor(s)

[ ] Respondent(s)   [✔] Appellee(s)   [ ] Amicus Curiae

Please list the name of the lead party being represented:

Johnson & Johnson

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)