

March 22, 2023

Patricia S. Dodszuweit
Clerk of the Court
U.S. Court of Appeals for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106

Re:   *Doris Behr 2012 Irrevocable Trust v. Johnson & Johnson*, No. 22-1657

Dear Ms. Dodszuweit:

  I am writing to inform the Court that the intervenors-appellees, the California Public Employees' Retirement System and Colorado Public Employees' Retirement Association, agree with Johnson & Johnson that there is no justiciable Article III case or controversy before the Court. This Court should summarily affirm the district court's dismissal order.

            Respectfully submitted,

            */s/ Deepak Gupta*
            Deepak Gupta

            *Counsel for Intervenors-Appellees*

Gupta Wessler PLLC
2001 K Street NW, Suite 850 North, Washington, DC 20009
P 202 888 1741   F 202 888 7792
guptawessler.com